

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00282-CV

MARIAN D'UNGER                                                    APPELLANT

V.

PAUL BOSCO                                                          APPELLEE

-----------

### FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY
### TRIAL COURT NO. CV-2014-01886

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered appellant's "Motion To Dismiss Appeal," which Appellee does not oppose. It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

/s/ Sue Walker
SUE WALKER
JUSTICE


PANEL:  WALKER, MEIER, and GABRIEL, JJ.

DELIVERED:  October 29, 2015

2